# Exhibit K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. _____

Hispanic Affairs Project, et al.,
    Plaintiffs,

v.

Thomas E. Perez, et al.,

    Defendants.

---

**DECLARATION OF RODOLFO LLACUA**

---

I, Rodolfo Llacua, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a plaintiff in this case, am over the age of 18, am competent to make this declaration, and have reviewed this declaration by having it read to me in Spanish.

2. I currently live in Grand Junction, Colorado and am a U.S. citizen.

3. I am from Peru. I come from an agricultural family and worked nearly all my life with animals in Peru. I have over ten years of experience working with sheep, cows, and other types of livestock.

4. I was recruited to come to the United States to work as a sheepherder under the H-2A visa program.

5. I worked as an H-2A sheepherder from 1999 until December 2011. During this time, I worked as a sheepherder mainly in Utah.

6. I left my sheepherding job in December 2011 in large part because of the very low wages. For most of that time, I earned $750 a month as a sheepherder. I was sometimes

1

paid a little more as a bonus. I was paid this amount because my employers told me that the government sets the wage for sheepherders at $750 a month.

7. Since leaving my job as an H-2A sheepherder, I have worked mainly as a construction worker, where I make much more money that I would make as a sheepherder.

8. I am willing and available to return to work as a sheepherder. If wages were to increase enough for sheepherders, I would return to this type of work. My preferred job is working on the range with sheep. I consider working with animals to be my specialty because it is what I have done my whole life. I also enjoy this work. At the same time, I need to make enough money to support myself and my family and cannot do that right now with the low wages made by H-2A sheepherders.

9. I know that most H-2A sheepherders still make low wages because I talk to current and former herders from time to time, including some members of my family.

10. I cannot compete for a job with the H-2A sheepherders coming to the United States. They are all willing to work for the very low wages offered by ranchers because they come from poor parts of Latin America. I cannot compete because I can no longer accept these low wages to support myself and my family.

11. After leaving my job on the ranch, I did find out about another job as a sheepherder in another ranch in Utah. But after talking to some of the workers, I found out that the conditions were the same as the ranch I left, so I did not pursue this job.

12. Even though I like the work of a sheepherder, I am unwilling to work for such low wages. I can make more than $750 a month now because I am authorized to work for someone other than a sheep rancher.

2

13. The ranchers in Colorado know that they can hire at a very low wage H-2A sheepherders from the poor parts of Latin American countries, like Peru. For this reason, they do not pay a good wage for someone who has a work permit, like me. I know this because in the past I tried to work with several ranches and asked for a wage higher than $750 per month but no one would hire me at this higher wage.

14. I was recently informed that the way that the government was calculating the minimum wages for herders was illegal. Almost as soon as I learned about this problem, I consulted with attorneys to attempt to correct what is happening. That is the main reason I am a part of this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2015.

*Rodolfo Llacua Meza*

Rodolfo Llacua

3