# Exhibit L

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.

HISPANIC AFFAIRS PROJECT, ET AL.,

    Plaintiffs

v.

THOMAS E. PEREZ, ET AL.,

    Defendants.

**DECLARATION OF JOHN DOE**

I, John Doe, pursuant to 28 U.S.C. § 1746, declare that:

1. I am a plaintiff in this case, am over the age of 18, am competent to make this declaration, and have reviewed this declaration by having it read to me in Spanish.

2. I currently live in Colorado and work as a sheepherder under the H-2A visa program. I currently earn $750 a month. I have also worked as a sheepherder in Wyoming for this same wage.

3. I am authorized to work as a sheepherder in the United States under my H-2A visa.

4. I come from a poor agricultural family without many resources and have worked nearly all my life with animals. I have many years of experience working with sheep and similar animals and want to keep doing this type of work for years to come.

5. My preferred job is working on the range with sheep. I consider working with animals to be my specialty because it is what I have done almost my whole life. At the same time, I need to make enough money to support myself and my family. I have trouble doing this

1

with the low wages made by H-2A sheepherders: I send most of my money back to my family abroad but with the low wages that I send them it is hard for them to make ends meet all the time.

6. My biggest fears are being harmed on the job or losing my job as a sheepherder.

7. Because I fear being harmed on the job and losing my job, I believe I have to proceed with this lawsuit without using my name.

8. If my employer knew that I was participating in this lawsuit I think he would fire me or not allow me to come back to work for him for any additional years. I feel this way because one time someone else with an H-2A visa who worked for my boss complained to a lawyer about conditions at work. This person was allowed to finish his work contract and did a very good job. My boss, however, did not give him the opportunity to work on the ranch for another contract. I think this happened because this other worker had spoken to a lawyer and spoken up for his rights. As I saw with this worker, my employer is very effective at getting rid of employees who assert their rights: he will use a pretext to get rid of the worker. My employer will say that he has too many people working for him or something like that to get rid of the worker. I do not want this to happen to me.

9. I understand that firing or not hiring someone because they speak up for their rights is illegal. At the same time, I think that this type of illegal action would be hard to prove, even with a lawyer.

10. Being retaliated against by not being hired again is also a big concern for me because my H-2A visa is tied to my employer. I have to work for my employer and cannot work for anyone else unless I obtain a new visa to work for that other person.

11. At the same time, if I complain publicly about working conditions, I do not think I will be able to work for any ranch. Indeed, I have heard that for workers working for other ranches, they are identified as "problematic employees" by one rancher, then the rancher tells other ranchers about the "problem," and the employee never gets hired in the United States again.

12. If no rancher will hire me in the United States to work as a sheepherder, I lose almost everything. The region in the foreign country in which I live is very poor and there are no jobs. I am supporting many members of my family on the salary I make as a sheepherder and while the salary is very low, my family needs it to survive, so it would be devastating to me if I could no longer work as a sheepherder.

13. I am also afraid of a reprisal from my employer in the form of not being given enough food or water. I normally live in very isolated parts of Colorado in either a camper or in a tent and receive food and water from my employer only every few days. I am completely dependent on my employer to bring me food and water. I fear that if my employer were to know that I was participating in this lawsuit, he would provide me with less food, poorer quality food, or no food at all. The same could happen with my water. There is very little I could do to change this situation: most of the time I do not even really know where I am in Colorado, let alone who I could ask for help or how they could get help to me or find me. Sometimes, I even have trouble communicating by phone with friends and family.

14. If my employer knew that I was participating in this lawsuit, I would also fear for my personal safety. In particular, I know a man who works with my employer who carries guns. In the past, I heard that this man threatened to shoot an employee who was

complaining about working conditions. This other man that works with my employer made this threat while he had a gun in his hand. I fear that if my participation in this lawsuit were revealed, this man might threaten me or make good on a threat and harm me.

15. I was recently informed that the way that the government was calculating the minimum wages for herders is illegal. Almost as soon as I learned about this problem, I consulted with attorneys to attempt to correct what is happening. That is the main reason I am a part of this lawsuit: I think the government should have to calculate my wages correctly. I acted as soon as I could once I learned about this problem to try to help fix it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2015, in Western Colorado.[1]

s/John Doe_____
John Doe

---

[1] Executed copy on file with counsel for Plaintiff.