**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 15-cv-01785-REB

HISPANIC AFFAIRS PROJECT, ET AL.,

    Plaintiffs,

v.

THOMAS E. PEREZ, ET AL.,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Unopposed Motion by Plaintiff John Doe To Proceed Under a Pseudonym** [#9],[1] filed August 27, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion by Plaintiff John Doe To Proceed Under a Pseudonym** [#9], filed August 27, 2015, is granted; and

    2. That plaintiff is authorized to proceed in this case under the pseudonym, "John Doe."

    Dated August 28, 2015, at Denver, Colorado.

                                                            BY THE COURT:

                                                            Robert E. Blackburn
                                                            United States District Judge

---

    [1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.