CO-1509 Rev. 3/19

# ADDRESS and/or NAME CHANGE REQUEST

✔ Attorney   ___ Pro Se

Bar ID No: __DC: 1047313__   Prisoner ID No: _____

___ Firm moved to new address   ___ Attorney/Pro Se moved to new address

___ Firm name change/correction   ___ Attorney/Pro Se name change/correction

**NAME:** Dermot Lynch

**New Name** (Include copy of marriage certificate, if applicable): _____

**OLD ADDRESS:**

Office: Zuckerman Spaeder LLP

Unit: _____

Address: 1800 M Street, NW

Suite 1000

City: Washington   State: DC   Zip: 20009

Telephone: 202-778-1800   Fax: 202-822-8106

Email: dlynch@zuckerman.com

**NEW ADDRESS:**

Office: Towards Justice

Unit: _____

Address: 1410 High Street

Suite 300

City: Denver   State: CO   Zip: 80218

Telephone: 303-921-7493   Fax: 303-957-2289

Email: dermot@towardsjustice.org

COMMENTS: _____

Return to:   Clerk's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001
Fax: (202) 354-3524
Email: attorney_admissions@dcd.uscourts.gov