IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Case No. 15-cv-01562-BAH

HISPANIC AFFAIRS PROJECT, ET AL.,
    Plaintiffs,

v.

MARTIN J. WALSH, ET AL.,
    Defendants.

## UNOPPOSED MOTION TO DISMISS

Plaintiffs, by and through undersigned counsel, respectfully move the Court to dismiss the case with prejudice pursuant to the parties' Settlement Agreement approved by the Court on November 12, 2019 and Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* ECF Nos. 135, 136. in support of this motion, Plaintiffs state as follows:

1. On August 17, 2018, the United States Court of Appeals for the District of Columbia partially vacated this Court's grant of summary judgment in favor of Defendants.

2. On November 8, 2019, the parties submitted a Joint Status Report and Settlement Agreement outlining Plaintiffs' and Federal Defendants proposal for resolving remaining issues in the case. *See* ECF No. 135.

3. The Court approved the Settlement Agreement on November 12, 2019. ECF No. 136.

4. Pursuant to the Settlement Agreement, Plaintiffs agreed to file a motion to dismiss, with prejudice, all outstanding counts and claims within 90 days of the effective date of any final rule rescinding 20 C.F.R. § 655.215(b)(2) proposed under the Settlement Agreement.

2

5. The final rule that rescinded 20 C.F.R. § 655.215(b)(2) became effective January 18, 2022. As a result, Plaintiffs have until April 18, 2022 to file a motion to dismiss.

6. Therefore, Plaintiffs respectfully move the Court to dismiss all outstanding counts and claims with prejudice.

7. The undersigned counsel for Plaintiffs conferred with counsel for Defendants regarding the relief sought, which Defendants do not oppose.

Dated: April 18, 2022

Respectfully submitted,

/s/ David H. Seligman
David Seligman, #49394
Towards Justice
2840 Fairfax Street, Suite 220
Denver, Colorado 80207

5825168.9

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2022, I served a true and correct copy of the forgoing on all parties pursuant to F.R.C.P. 5 via the Court's CM/ECF system.

          /s/ David H. Seligman
          David Seligman, #49394
          Towards Justice
          2840 Fairfax Street, Suite 220
          Denver, Colorado 80207

5825168.9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Case No. 15-cv-01562-BAH
HISPANIC AFFAIRS PROJECT, ET AL.,
    Plaintiffs,
v.
MARTIN J. WALSH, ET AL.,
    Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

This matter is before the Court on Plaintiffs' Motion to Dismiss, with prejudice, all outstanding counts and claims pursuant to the parties Settlement Agreement. It is hereby ORDERED that the Motion is GRANTED.

Date: _____      _____
                                                        Chief Judge Beryl A. Howell

5825168.9